# First District Court of Appeal
## State of Florida

_____

No. 1D18-1768

_____

KHALIL FLOZEL TAYLOR,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

July 22, 2019

PER CURIAM.

   AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Frank Moehrle, Assistant Attorney General, Tallahassee, for Appellee.